**Order entered April 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00988-CV

**BARRIE MYERS, ET AL., Appellants**

**V.**

**RAOGER CORPORATION, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-16136**

## ORDER

Before the Court is appellee's April 13, 2022 unopposed second motion for an extension of time to file it brief. We **GRANT** the motion and extend the time to **May 16, 2022**. We caution appellee that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE